

# NUMBER 13-23-00079-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

FRANCISCO PEREZ,                                                      **Appellant,**

**v.**

THE STATE OF TEXAS,                                                  **Appellee.**

### On appeal from the 464th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Tijerina

Appellant filed a notice of appeal attempting to appeal a judgment in trial court case number CR-5243-19-L. We dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal" and that the "defendant has waived the right to appeal." *See* TEX. R. APP. P. 25.2(a)(2). On February 27, 2023, the

Court ordered appellant's counsel to review the record and determine whether appellant had a right to appeal. On March 14, 2023, appellant's counsel responded concluding that the trial court certification was correct, and appellant had waived his right to appeal and did not have permission from the trial court to appeal. Additionally, appellant's counsel requested to be withdrawn from this case.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3. Accordingly, this case, along with counsel's motion to withdraw, are dismissed for want of jurisdiction.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
27th day of April, 2023.